Form NOA

# UNITED STATES BANKRUPTCY COURT
Eastern District of Arkansas

## NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

**Debtor(s):**
Ivor Mueller
aka Ivor Jeff Korovken
101 Westside Drive
Beebe, AR 72012

| **Case Number:** 4:20–bk–12612 | **Social Security/Taxpayer ID Nos.:** xxx–xx–2479 |
|---|---|
| **Chapter:** 7 | **Judge:** Honorable Phyllis M. Jones |
| **Attorney for Debtor(s):** Mickey Lynn Stevens<br>American Bankruptcy Associates PLLC.<br>Skelton & Stevens Legal Group PLLC.<br>2615 N. Prickett Road Suite 2<br>Bryant, AR 72022<br>Telephone number: 501–481–8923 | **Trustee:** Renee S. Williams<br>Chapter 7 Panel Trustee<br>**Teleconf 888–200–9679 code9350058**<br>125 Robertsridge Street<br>Hot Springs, AR 71901–7286<br>Telephone number: 501–624–4330 |

It appears from the schedules that when this case was instituted, there were no assets from which dividends could be paid to creditors, and the notice of initial meeting of creditors so indicated.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

**11/16/20**

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. A proof of claim may be filed on–line, by mail, or in person at the Bankruptcy Court Clerk's office. To file on–line, simply go to the Court's website at http://www.arb.uscourts.gov and click Proof of Claim Filings under Creditor Links. If you wish to file in person or by mail, you must obtain an official proof of claim form (Form B410) from http://www.uscourts.gov or from any bankruptcy clerk's office.

IF NOT FILING ON–LINE, MAIL CLAIMS TO: U.S. Bankruptcy Court, 300 W. 2nd Street, Little Rock, AR 72201

IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.

Dated: 8/14/20                    For the Court:
                                  Linda McCormack, Clerk