IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: MUELLER, IVOR	CASE NO.:	4:20-12612J
Debtor	Chapter 7

**OBJECTION TO DEBTOR'S CLAIMS OF EXEMPTION**

Comes now the Chapter 7 Trustee, Renee S. Williams (hereinafter the "Trustee"), and for her Objection to Debtor's Claims of Exemption states and alleges:

1. The instant case was commenced with the filing of the debtor's voluntary petition for relief on 06/15/2020.

2. The debtor filed his Schedules on 06/15/2020 (see DE #1).

3. On his Schedule A/B, the debtor listed an ownership interest in real property, inclusive of a single family home, located at 101 Westside Drive, Beebe, AR 72012 (hereinafter the "Westside property") valued at $214,500.00.

4. On his Schedule C, the debtor claimed an exemption in the Westside property, pursuant to the Arkansas State Constitution Article 9 §§ 3 and 4, in the amount of $54,500.00.

5. According to information obtained by the Trustee, the Westside property consists of 3.02 acres of real estate and is urban in nature.

6. The Trustee objects to the debtor's claim of exemption in the Westside property, pursuant to Arkansas State Constitution Article 9 § 4, as the property appears to be urban, not rural, in nature.

7. To the extent that the debtor is, or may be, entitled to amend his Schedule C to claim an exemption in the Westside property pursuant to Arkansas State Constitution Article 9 § 5, the Trustee asserts that such exemption should be limited to 0.25 acres of land, plus improvements, as allowed under Arkansas State Constitution Article 9 § 5.

WHEREFORE, the Trustee prays that the exemptions claimed by the debtor as herein set

forth be disallowed and that the Trustee be awarded all other just and proper relief to which she may be entitled.

Respectfully submitted,

/s/ Renee S. Williams_____
Renee S. Williams,  AR Bar No.: 83-182
Bankruptcy Trustee
125 Robertsridge Street
Hot Springs, AR  71901-7286
(501) 624-4330
*rwilliamstrustee@gmail.com*

## CERTIFICATE OF SERVICE

I, RENEE S. WILLIAMS, do hereby certify this 8th day of September, 2020, that I have electronically filed the foregoing with the Clerk of the United States Bankruptcy Court for the Eastern and Western Districts of Arkansas using the CM/ECF system. The United States Trustee, MICKIE LYNN STEVENS, Attorney for the Debtor, and other participants who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Renee S. Williams\_\_
Renee S. Williams