**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | | |
|---|---|---|---|
| In re:: | MUELLER, IVOR | ) | Case No. 4:20-bk-12612-J |
| | | ) | |
| | Debtor. | ) | Chapter 7 |

**ORDER**

On this day is presented the Motion for Continuance of a hearing in this matter set for October 20, 2020. From said motion, statement of counsel and other matters before the Court, the Court finds that said motion should be granted.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the hearing in this matter on the objection to exemptions (Doc. No. 15) and response thereto (Doc. No. 18) presently set for October 20, 2020 is continued. A separate docket entry continuing the hearings to a date certain will be entered.

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 10/14/2020

Approved:

/s/ Renee S. Williams_____
Renee S. Williams


/s/ Mickey Lynn Stevens_____
Mickey Lynn Stevens