Form nhrg

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re: Ivor Mueller
Debtor

Case No.: 4:20−bk−12612
Chapter: 7
Judge: Phyllis M. Jones

PLEASE TAKE NOTICE that a Telephonic Hearing has been scheduled before Judge Phyllis M. Jones at

Telephonic Hearing

on 1/14/21 at 09:30 AM

to consider and act upon the following:

*28* − Motion for Protective Order Filed by Mickey Lynn Stevens on behalf of Ivor Mueller (Stevens, Mickey)

**Attorneys are directed to contact the Courtroom Deputy as soon as possible prior to hearing if this matter will require more than 30 minutes to be heard.**

HEARINGS INVOLVING A REQUEST TO MODIFY THE STAY:
For compelling reasons, the Court hereby orders that the automatic stay shall remain in effect pending the outcome of the above−scheduled hearing, in accordance with 11 U.S.C. §362(e).

If you will be presenting evidence, the courtrooms are equipped with evidence presentation equipment. Please contact the Courtroom Deputy, at 501−918−5642, if you would like to schedule a short training session before court.

If you will be introducing exhibits, please bring a copy for the staff attorney.

PLEASE NOTE THAT CELL PHONES WITH A CAMERA ARE NOT PERMITTED IN THE COURTHOUSE WITHOUT A COURTHOUSE TECHNOLOGY PERMIT.

TELEPHONIC DIAL−IN INSTRUCTIONS: Please call 888−273−3658. When prompted for access code enter: 2381783#. When prompted to do so, please say your name clearly. It is preferred that you NOT use a speaker phone. The Judge will come on the line once all parties have been secured and the recording will begin.

Dated: 12/8/20

Linda McCormack, Clerk
By:
Lisa McDaniel
Deputy Clerk